

**Claims Register as of 10/4/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Exact Staff Inc. | Attn: Niko Evrard | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 93201 | | 03/10/2021 | Priority | $0.00 | | | Expunged | |
| 5 | KRE Security LLC | Attn: Jarrod Emes & Kandice Pyles | 11 S 3rd St | | | Hamburg | PA | 19526 | | 03/11/2021 | General Unsecured | $79,618.76 | $79,618.76 | | | |
| 9 | OPT4 Group LLC | Attn: Donielle Prudish | 202 Airport Blvd | | | Doylestown | PA | 18902 | | 03/15/2021 | General Unsecured | $6,572.01 | $6,572.01 | | | |
| 13 | Office Service Company | Attn: Samuel Bartman & Cathi Jo Bohner | 1009 Tuckerton Ct | | | Reading | PA | 19605 | | 03/15/2021 | General Unsecured | $10,000.00 | $10,000.00 | | | |
| 31 | Venezia | Attn: Mark Bullard | PO Box 909 | | | Royersford | PA | 19468 | | 03/17/2021 | General Unsecured | $29,340.50 | $29,340.50 | | | |
| 33 | Lift Inc. | Attn: George Hennessy | 3745 Hempland Rd | | | Mountville | PA | 17554 | | 03/17/2021 | General Unsecured | $0.00 | Expunged | | | |
| 50 | Fastenal Company | c/o Legal Department | Attn: John Milek | 2001 Theurer Blvd | PO Box 978 | Winona | MN | 55987 | | 03/18/2021 | Administrative Priority | $4,876.11 | | | | $4,876.11 |
| 79 | Clearfreight Inc. | Attn: P D von Geusau | 1960 E Grand Ave | Suite 700 | | El Segundo | CA | 90245 | | 03/26/2021 | General Unsecured | $35,076.92 | $35,076.92 | | | |
| 83 | Beckart Environmental Inc. | Attn: Lori Thomason | 6900 46th St | | | Kenosha | WI | 53144 | | 03/29/2021 | General Unsecured / Administrative Priority | $14,664.88 | $10,393.48 | | | $4,271.40 |
| 99 | Dentech Industrial | Attn: Wendie Sauder | 1975 N Reading Rd | | | Denver | PA | 17517 | | 04/01/2021 | General Unsecured | $17,112.49 | $17,112.49 | | | |
| 124 | Metropolitan Edison Company | Attn: Matilda Swope | 101 Crawfords Corner Rd | Bldg 1 | Suite 1-511 | Holmdel | NJ | 07733 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 143 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured Secured | $13,754,839.00 | $13,754,839.00 | Unknown | | |
| 148 | Anthracite Power and Light | Attn: Kelly Conroy | 10 Gilberton Rd | | | Gilberton | PA | 17934 | | 04/14/2021 | General Unsecured Priority Administrative Priority | $15,868.58 | $5,475.16 | | $963.07 | $9,430.35 |
| 157 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured Priority | $1,976.01 | $1,454.89 | | $521.12 | |
| 175 | Kuzans True Value Hardware | | 1069 Pottsville Pike | | | Shoemakersville | PA | 19555 | | 04/20/2021 | General Unsecured | $30.27 | $30.27 | | | |
| 186 | Argo Partners | | 401 E 86th | Apt 2J | | New York | NY | 10028 | | 04/21/2021 | General Unsecured | $6,560.73 | $6,560.73 | | | |
| 191 | Liberty Environmental Inc. | Attn: David Coyne | 505 Penn St | Suite 400 | | Reading | PA | 19601 | | 04/22/2021 | General Unsecured | $3,690.00 | $3,690.00 | | | |
| 201 | Direct Energy Business Marketing LLC | Attn: Accounts Receivable | 194 Wood Ave S | 2nd Floor | | Iselin | NJ | 08830 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 204 | Yeager Supply Inc. | Attn: Theresa Racek, Controller | PO Box 1177 | | | Reading | PA | 19603 | | 04/23/2021 | General Unsecured | $6,042.35 | $6,042.35 | | | |
| 244 | A1 Restoration Inc. | dba A1 Energy | Attn: Lori Porreca | 2730 Shenck Rd | | Manheim | PA | 17545 | | 05/03/2021 | General Unsecured | $0.00 | Expunged | | | |
| 250 | Miura America Co. Ltd | Attn: Christina McKenna | 2200 Steven B. Smith Blvd | | | Rockmart | GA | 30153 | | 05/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 256 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 267 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $0.00 | Expunged | | | |
| 275 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $0.00 | Expunged | | | |
| 277 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/10/2021 | General Unsecured | $11,617.30 | $11,617.30 | | | |
| 281 | TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $56,275.10 | $19,599.20 | | | $36,675.90 |
| 282 | Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 286 | Fleetwood Transfer Inc. | Attn: Lawrence J Jones | 598 Blandon Rd | | | Fleetwood | PA | 19522 | | 05/12/2021 | Priority | $2,900.00 | | | $2,900.00 | |
| 288 | PQ Recycling LLC | c/o Smith Anderson | Attn: Gerald A. Jeutter Jr | 150 Fayetteville St | Suite 2300 | Raleigh | NC | 27601 | | 05/12/2021 | General Unsecured | $1,608,695.98 | $1,608,695.98 | | | |
| 295 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $288,876.70 | $288,876.70 | | | |
| 298 | W B Mason Co Inc. | Attn: Lisa Fiore | 59 Centre St | | | Brockton | MA | 02301 | | 05/12/2021 | General Unsecured Administrative Priority | $2,636.60 | $1,282.61 | | | $1,353.99 |
| 302 | Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik, Esq. | 10250 Constellation Blvd | Suite 1700 | Los Angeles | CA | 90067 | | 05/14/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 304 | East West Bank | c/o Squire Patton Boggs LLP | Attn: Norman N. Kinel | 1211 Avenue of the Americas | 26th Floor | New York | NY | 10036 | | 05/15/2021 | Secured | $0.00 | | Expunged | | |
| 311 | Muhlenberg Township Authority | Attn: Jeffrey A. Calpino, Manager | 2840 Kutztown Rd | | | Reading | PA | 19605 | | 05/18/2021 | Secured | $0.00 | | Expunged | | |
| 319 | Bantam Materials International | Attn: Carolina Velarde | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $480,947.92 | $480,947.92 | | | |
| 325 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 339 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 357 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/19/2021 | General Unsecured | $302,225.70 | $302,225.70 | | | |
| 360 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 370 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 05/20/2021 | General Unsecured | $0.00 | at least 10526754.00 | | | |
| 384 | UGI Utilities, Inc. | Attn: Melanie Anderson | PO Box 13009 | | | Reading | PA | 19612 | | 05/21/2021 | General Unsecured Secured Administrative Priority | $1,509,010.51 | Contingent & Unliquidated | $1,509,010.51 | | Contingent & Unliquidated |
| 388 | Nitel Inc. | c/o Ice Miller LLP | Attn: Jason M. Torf | 200 W Madison St | Suite 3500 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $9,486.69 | $9,486.69 | | | |
| 398 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 410 | PA Dept of Community & Economic Development | Attn: Sean C. Campbell, Esq. | Keystone Bldg | 400 North St | 4th Floor | Harrisburg | PA | 17120 | | 06/04/2021 | General Unsecured | $390,000.00 | $390,000.00 | | | |
| 443 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266-0926 | | 06/29/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 457 | Mobile Welding Services Inc. | | 931 Church Rd | | | Reading | PA | 19607 | | 07/09/2021 | Administrative Priority | $3,149.56 | | | | $3,149.56 |
| 463 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 07/14/2021 | General Unsecured | $10,043.80 | $10,043.80 | | | |
| 476 | Golden Bear Recycling LLC | | 2817 Marker Rd | | | Middletown | MD | 21769 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 485 | Hapag Lloyd America LLC | c/o Metro Group Maritime | Attn: Lee Stepner | 49 W Mount Pleasant Ave | Box 2371 | Livingston | NJ | 07039 | | 07/19/2021 | General Unsecured | $3,107.40 | $3,107.40 | | | |
| 495 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $34,758,594.00 | $34,758,594.00 | | | |
| 504 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |



**Claims Register as of 10/4/2021**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | A1 Restoration Inc. | dba A1 Energy | Attn: Lori Porreca | 2730 Shenck Rd | | Manheim | PA | 17545 | | 05/03/2021 | General Unsecured | $0.00 | Expunged | | | |
| 148 | Anthracite Power and Light | Attn: Kelly Conroy | 10 Gilberton Rd | | | Gilberton | PA | 17934 | | 04/14/2021 | General Unsecured Priority Administrative Priority | $15,868.58 | $5,475.16 | | $963.07 | $9,430.35 |
| 186 | Argo Partners | | 401 E 86th | Apt 2J | | New York | NY | 10028 | | 04/21/2021 | General Unsecured | $6,560.73 | $6,560.73 | | | |
| 360 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | Withdrawn | Withdrawn | Withdrawn | | |
| 319 | Bantam Materials International | Attn: Carolina Velarde | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $480,947.92 | $480,947.92 | | | |
| 83 | Beckart Environmental Inc. | Attn: Lori Thomason | 6900 46th St | | | Kenosha | WI | 53144 | | 03/29/2021 | General Unsecured Administrative Priority | $14,664.88 | $10,393.48 | | | $4,271.40 |
| 302 | Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik, Esq. | 10250 Constellation Blvd | Suite 1700 | Los Angeles | CA | 90067 | | 05/14/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 295 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $288,876.70 | $288,876.70 | | | |
| 370 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 05/20/2021 | General Unsecured | $0.00 | at least 10526754.00 | | | |
| 495 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $34,758,594.00 | $34,758,594.00 | | | |
| 463 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 07/14/2021 | General Unsecured | $10,043.80 | $10,043.80 | | | |
| 79 | Clearfreight Inc. | Attn: P D von Geusau | 1960 E Grand Ave | Suite 700 | | El Segundo | CA | 90245 | | 03/26/2021 | General Unsecured | $35,076.92 | $35,076.92 | | | |
| 99 | Dentech Industrial | Attn: Wendie Sauder | 1975 N Reading Rd | | | Denver | PA | 17517 | | 04/01/2021 | General Unsecured | $17,112.49 | $17,112.49 | | | |
| 201 | Direct Energy Business Marketing LLC | Attn: Accounts Receivable | 194 Wood Ave S | 2nd Floor | | Iselin | NJ | 08830 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 304 | East West Bank | c/o Squire Patton Boggs LLP | Attn: Norman N. Kinel | 1211 Avenue of the Americas | 26th Floor | New York | NY | 10036 | | 05/15/2021 | Secured | $0.00 | | Expunged | | |
| 267 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $0.00 | Expunged | | | |
| 275 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $0.00 | Expunged | | | |
| 3 | Exact Staff Inc. | Attn: Niko Evrard | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 93201 | | 03/10/2021 | Priority | $0.00 | | | Expunged | |
| 339 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 50 | Fastenal Company | c/o Legal Department | Attn: John Milek | 2001 Theurer Blvd | PO Box 978 | Winona | MN | 55987 | | 03/18/2021 | Administrative Priority | $4,876.11 | | | | $4,876.11 |
| 286 | Fleetwood Transfer Inc. | Attn: Lawrence I Jones | 598 Blandon Rd | | | Fleetwood | PA | 19522 | | 05/12/2021 | Priority | $2,900.00 | | | $2,900.00 | |
| 476 | Golden Bear Recycling LLC | | 2817 Marker Rd | | | Middletown | MD | 21769 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 485 | Hapag Lloyd America LLC | c/o Metro Group Maritime | Attn: Lee Stepner | 49 W Mount Pleasant Ave | Box 2371 | Livingston | NJ | 07039 | | 07/19/2021 | General Unsecured | $3,107.40 | $3,107.40 | | | |
| 5 | KRE Security LLC | Attn: Jarrod Emes & Kandice Pyles | 11 S 3rd St | | | Hamburg | PA | 19526 | | 03/11/2021 | General Unsecured | $79,618.76 | $79,618.76 | | | |
| 175 | Kuzans True Value Hardware | | 1069 Pottsville Pike | | | Shoemakersville | PA | 19555 | | 04/20/2021 | General Unsecured | $30.27 | $30.27 | | | |
| 191 | Liberty Environmental Inc. | Attn: David Coyne | 505 Penn St | Suite 400 | | Reading | PA | 19601 | | 04/22/2021 | General Unsecured | $3,690.00 | $3,690.00 | | | |
| 33 | Lift Inc. | Attn: George Hennessy | 3745 Hempland Rd | | | Mountville | PA | 17554 | | 03/17/2021 | General Unsecured | $0.00 | Expunged | | | |
| 124 | Metropolitan Edison Company | Attn: Matilda Swope | 101 Crawfords Corner Rd | Bldg 1 | Suite 1-511 | Holmdel | NJ | 07733 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 277 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/10/2021 | General Unsecured | $11,617.30 | $11,617.30 | | | |
| 250 | Miura America Co. Ltd | Attn: Christina McKenna | 2200 Steven B. Smith Blvd | | | Rockmart | GA | 30153 | | 05/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 457 | Mobile Welding Services Inc. | | 931 Church Rd | | | Reading | PA | 19607 | | 07/09/2021 | Administrative Priority | $3,149.56 | | | | $3,149.56 |
| 325 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 311 | Muhlenberg Township Authority | Attn: Jeffrey A. Calpino, Manager | 2840 Kutztown Rd | | | Reading | PA | 19605 | | 05/18/2021 | Secured | $0.00 | | Expunged | | |
| 143 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured Secured | $13,754,839.00 | $13,754,839.00 | Unknown | | |
| 388 | Nitel Inc. | c/o Ice Miller LLP | Attn: Jason M. Torf | 200 W Madison St | Suite 3500 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $9,486.69 | $9,486.69 | | | |
| 13 | Office Service Company | Attn: Samuel Bartman & Cathi Jo Bohner | 1009 Tuckerton Ct | | | Reading | PA | 19605 | | 03/15/2021 | General Unsecured | $10,000.00 | $10,000.00 | | | |
| 9 | OPT4 Group LLC | Attn: Donielle Prudish | 202 Airport Blvd | | | Doylestown | PA | 18902 | | 03/15/2021 | General Unsecured | $6,572.01 | $6,572.01 | | | |
| 410 | PA Dept of Community & Economic Development | Attn: Sean C. Campbell, Esq. | Keystone Bldg | 400 North St | 4th Floor | Harrisburg | PA | 17120 | | 06/04/2021 | General Unsecured | $390,000.00 | $390,000.00 | | | |
| 288 | PQ Recycling LLC | c/o Smith Anderson | Attn: Gerald A. Jeutter Jr | 150 Fayetteville St | Suite 2300 | Raleigh | NC | 27601 | | 05/12/2021 | General Unsecured | $1,608,695.98 | $1,608,695.98 | | | |
| 282 | Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 398 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 256 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 281 | TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $56,275.10 | $19,599.20 | | | $36,675.90 |
| 443 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266-0926 | | 06/29/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 357 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/19/2021 | General Unsecured | $302,225.70 | $302,225.70 | | | |
| 504 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 384 | UGI Utilities, Inc. | Attn: Melanie Anderson | PO Box 13009 | | | Reading | PA | 19612 | | 05/21/2021 | General Unsecured Secured Administrative Priority | $1,509,010.51 | Contingent & Unliquidated | $1,509,010.51 | | Contingent & Unliquidated |
| 31 | Venezia | Attn: Mark Bullard | PO Box 909 | | | Royersford | PA | 19468 | | 03/17/2021 | General Unsecured | $29,340.50 | $29,340.50 | | | |
| 298 | W B Mason Co Inc. | Attn: Lisa Fiore | 59 Centre St | | | Brockton | MA | 02301 | | 05/12/2021 | General Unsecured Administrative Priority | $2,636.60 | $1,282.61 | | | $1,353.99 |
| 157 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured Priority | $1,976.01 | $1,454.89 | | $521.12 | |
| 204 | Yeager Supply Inc. | Attn: Theresa Racek, Controller | PO Box 1177 | | | Reading | PA | 19603 | | 04/23/2021 | General Unsecured | $6,042.35 | $6,042.35 | | | |